**45D05-2209-CT-000864**

Filed: 9/2/2022 2:57 PM
Clerk
Lake County, Indiana

USDC IN/ND case 2:22-cv-00308-TLS-JPK   document 1-1   filed 10/25/22   page 1 of 9

Lake Superior Court, Civil Division 5

| | |
|---|---|
| STATE OF INDIANA) | IN THE LAKE COUNTY SUPERIOR/CIRCUIT CRT |
| ) ss: | CIVIL DIVISION |
| COUNTY OF LAKE   ) | CAUSE NO. |

LILLIAN ELLIS,                                              )
                                                           )
            Plaintiff,                                     )
                                                           )
    vs.                                                    )
                                                           )
PENN SPORTS INTERACTIVE, LLC and                           )
AMERISTAR CASINO EAST CHICAGO, LLC,                        )
                                                           )
            Defendants.                                    )

## COMPLAINT FOR DAMAGES & JURY DEMAND

NOW COMES the Plaintiff, LILLIAN ELLIS ("Plaintiff"), by and through her attorneys,

THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C., and for her Complaint for

Damages against the Defendants PENN SPORTS INTERACTIVE, LLC ("Penn Sports") and

AMERISTAR CASINO EAST CHICAGO, LLC ("Ameristar"), collectively ("Defendants"),

alleges and states as follows:

1.    Plaintiff was at all times pertinent to this Complaint a resident of the City of

Chicago, County of Cook, State of Illinois.

2.    Defendant Penn Sports was at all times pertinent to this Complaint a limited

liability company with its principal office located at 825 Berkshire Blvd, Wyomissing, PA 19610

and at all times pertinent transacting business in the State of Indiana.

3.    Defendant Ameristar was at all times pertinent to this Complaint a limited liability

company with its principal office located at 3980 Howard Hughes Pkwy, Las Vegas, NV 89169

and at all times pertinent transacting business in the State of Indiana.

4.    At all times pertinent, Defendants and/or its subsidiaries, owned, operated,

controlled, possessed and/or maintained Ameristar Casino Hotel East Chicago, located at 777

Exhibit A

Ameristar Blvd, East Chicago, Lake County, Indiana 46312.

5.     On or about September 6, 2020, Plaintiff was a business invitee and lawfully on the premises of Ameristar Casino Hotel East Chicago located at 777 Ameristar Blvd, East Chicago, Lake County, Indiana 46312 in a parking garage.

6.     Said premises, including the parking garage, were owned, operated, controlled, possessed and/or maintained by Defendants and/or its subsidiaries.

7.     On or about September 6, 2020, Plaintiff was injured in the parking garage of Defendants' premise when a wheel of the rolling walker she was utilizing got stuck in a hazardous defect in the parking garage pavement, causing Plaintiff to be abruptly thrown forward from her seat to the ground.

8.     At all times pertinent, Plaintiff was exercising reasonable care for her safety and was free from contributory negligence.

9.     The above-described incident was the proximate result of the concurrent carelessness and negligence of Defendants.

10.    At all times pertinent, it was the duty of Defendants, its agents and/or employees, to maintain its premises, including its parking garages, in a reasonably safe manner, free from hazards and dangerous conditions, of which it knew, or should have known in the exercise of reasonable care.

11.    Defendants breached this duty and were negligent in one or more of the following ways:

    a.     Failing to provide a good, safe and proper place for the Plaintiff to be, use, or occupy, while lawfully on the subject premises;

    b.     Carelessly and negligently operating, managing, maintaining, inspecting, and controlling the premises over which it controlled;

c. Failing to maintain the premises in a reasonably safe condition;

d. Failing to properly warn customers, including the Plaintiff, of the dangerous condition when Defendant knew, or should have known in the exercise of reasonable care, that such warnings were necessary to ensure the safety of Plaintiff and others on the premises;

e. Failing to follow its policies and procedures for inspecting, maintaining, removing, replacing, and/or fixing hazard defects on the premises;

f. Was otherwise careless and/or negligent.

12. As a result of the concurrent carelessness and negligence of Defendants, its agents and/or employees, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff LILLIAN ELLIS respectfully prays that judgment be entered in her favor and against the Defendants PENN SPORTS INTERACTIVE, LLC and AMERISTAR CASINO EAST CHICAGO, LLC, that damages be awarded in an amount to be proven at trial, plus costs of bringing the present action, and all other relief, just and proper in the premises.

Respectfully submitted,

Mandy Grace

Michael P. McCready

 

 

 

_____

Mandy Grace, #36475-49
*Counsel for Plaintiff*

 

 

Michael P. McCready, #21195-45
*Counsel for Plaintiff*

McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643
t: (773) 779-9885
f: (773) 373-2375
service@mccreadylaw.com

 

 

# JURY DEMAND

Plaintiff hereby demands trial by jury on all claims.

Respectfully submitted,


_____
Mandy Grace, #36475-49
*Counsel for Plaintiff*


_____
Michael P. McCready, #21195-45
*Counsel for Plaintiff*


McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643
t: (773) 779-9885
f: (773) 373-2375
service@mccreadylaw.com

Filed: 9/2/2022 2:57 PM
Clerk
Lake County, Indiana

STATE OF INDIANA)          IN THE LAKE COUNTY SUPERIOR/CIRCUIT CRT
                 ) ss:     CIVIL DIVISION
COUNTY OF LAKE   )          CAUSE NO.

LILLIAN ELLIS,                                    )
                                                 )
            Plaintiff,                           )
                                                 )
      vs.                                        )
                                                 )
PENN SPORTS INTERACTIVE, LLC and                 )
AMERISTAR CASINO EAST CHICAGO, LLC,              )
                                                 )
            Defendants.                           )

## SUMMONS

**THE STATE OF INDIANA TO THE DEFENDANT:**      **AMERISTAR CASINO EAST CHICAGO. LLC**
                                                **Registered Agent: CT Corporation System**
                                                **334 North Senate Avenue**
                                                **Indianapolis, IN 46204**

    You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

    The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

    You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or their process server.

    In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

    However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

    If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

    If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

Dated _____          _____ (Seal)
                                         Clerk, Lake County Superior Court

**(The following manner of service of summons is hereby designated.)**

_____ Registered or certified mail.
_____ Service at place of employment, to-wit:_____
_____ Service on individual --- (Personal or copy) at above address.
___X___ Service on agent. (Specify) _____
_____ Other service. (Specify) _____

Attorney for Plaintiff:
Michael P. McCready, No. 21195-45
Mandy Grace, No. 36475-49
McCready, Garcia & Leet, P.C.
10008 S. Western Avenue

Chicago, IL  60643

## *CERTIFICATE OF MAILING*

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the complaint to the defendant, Ameristar Casino East Chicago, LLC via registered agent, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

**AMERISTAR CASINO EAST CHICAGO. LLC**
**Registered Agent: CT Corporation System**
**334 North Senate Avenue**
**Indianapolis, IN 46204**

Dated: _____, 2022.          By:     _____
                                                         Michael P. McCready #21195-45
                                                         Mandy Grace, No. 36475-49
                                                         McCready, Garcia & Leet, P.C.
                                                         10008 S. Western Avenue
                                                         Chicago, IL  60643
                                                         773-779-9885
                                                         Attorney for Plaintiff

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by the defendant on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20____.

Clerk, Lake County Superior/Circuit Court
By: _____
   Deputy

STATE OF INDIANA)          IN THE LAKE COUNTY SUPERIOR/CIRCUIT CRT
                ) ss:     CIVIL DIVISION
COUNTY OF LAKE  )          CAUSE NO.

LILLIAN ELLIS,                                    )
                                                  )
          Plaintiff,                              )
                                                  )
     vs.                                          )
                                                  )
PENN SPORTS INTERACTIVE, LLC and                  )
AMERISTAR CASINO EAST CHICAGO, LLC,               )
                                                  )
          Defendants.                             )

## SUMMONS

**THE STATE OF INDIANA TO THE DEFENDANT:**          **PENN SPORTS INTERATIVE, LLC**
                                                    **Registered Agent: CT Corporation System**
                                                    **334 North Senate Avenue**
                                                    **Indianapolis, IN 46204**

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or their process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

Dated _____          _____(Seal)
                                                Clerk, Lake County Superior Court

**(The following manner of service of summons is hereby designated.)**

_____    Registered or certified mail.
_____    Service at place of employment, to-wit:_____
_____    Service on individual --- (Personal or copy) at above address.
___X____    Service on agent. (Specify) _____
_____    Other service. (Specify) _____

Attorney for Plaintiff:
Michael P. McCready, No. 21195-45
Mandy Grace, No. 36475-49
McCready, Garcia & Leet, P.C.
10008 S. Western Avenue

Chicago, IL  60643

## *CERTIFICATE OF MAILING*

        I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the complaint to the defendant, Penn Sports Interactive, LLC., via registered agent, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

**PENN SPORTS INTERATIVE, LLC**
**Registered Agent: CT Corporation System**
**334 North Senate Avenue**
**Indianapolis, IN 46204**

Dated: _____, 2022.        By:    _____

                                               Michael P. McCready #21195-45
                                             Mandy Grace, No. 36475-49
                                             McCready, Garcia & Leet, P.C.
                                           10008 S. Western Avenue
                                           Chicago, IL  60643
                                           773-779-9885
                                           Attorney for Plaintiff

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

        I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by the defendant on the _____ day of _____, 20____.

        I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20____.

        I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20____.

                                               Clerk, Lake County Superior/Circuit Court
                                             By: _____
                                                Deputy